UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

_____
                                        :
SUZANNE HOY                             :
    Plaintiff,                          :
                                        :   Civil No. 303CV00168(CFD)
v.                                      :
                                        :
PDS ENGINEERING & CONSTRUCTION,         :
INC.                                    :
    Defendant.                          :   OCTOBER ___, 2003
_____  :

## STIPULATION OF DISMISSAL WITH PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Suzanne Hoy, and the Defendant, PDS Engineering & Construction, Inc., through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| SUZANNE HOY | PDS ENGINEERING & CONSTRUCTION, INC. |

By:_____        By:_____
   Eugene Axelrod, Esq.  (ct 00309)         Margaret J. Strange, Esq.  (ct 08212)
   The Employment Law Group, LLC            Jennifer C. Tindall, Esq.  (ct 23000)
   8 Lunar Drive                            Jackson Lewis LLP
   Woodbridge, CT  06525                    55 Farmington Avenue, Suite 1200
   (203) 389-6526  (phone)                  Hartford, CT 06105
   (203) 389-2656  (fax)                    (860) 522-0404  (phone)
                                            (860) 247-1330  (fax)