UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE HOY<br>Plaintiff,<br><br>v.<br><br>PDS ENGINEERING & CONSTRUCTION, INC.<br>Defendant. | Civil No. 303CV00168(CFD)<br><br><br><br>OCTOBER 8, 2003 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Suzanne Hoy, and the Defendant, PDS Engineering & Construction, Inc., through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements.

PLAINTIFF,
SUZANNE HOY

By: _____
Eugene Axelrod, Esq. (ct 00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
(203) 389-6526 (phone)
(203) 389-2656 (fax)

DEFENDANT,
PDS ENGINEERING & CONSTRUCTION, INC.

By: _____
Margaret J. Strange, Esq. (ct 08212)
Jennifer C. Tindall, Esq. (ct 23000)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404 (phone)
(860) 247-1330 (fax)

GRANTED. The Clerk is directed to close the case. So ordered.
Christopher F. Droney
United States District Judge
11/13/03